UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WILLIAM VANHORN and all offenders similarly situated at Putnamville Correctional Facility, DARNELL CHIVERS and all offenders similarly situated at Putnamville Correctional Facility, <br><br> Plaintiffs, <br><br> vs. <br><br> BRUCE LEMMON Commissioner of Indiana Department of Correction, L.A. VAN NATTA Administrative Assistant of Indiana Department of Correction, STANLEY KNIGHT Superintendent of Putnamville Correctional Facility, HARLEY CRABB Major, J. R. SMITH Internal Affairs -- STG Coordinator, TROY KEITH former Capt. at Putnamville, JOHN STECKLER Captain over Mailroom, ALL MAILROOM EMPLOYEES Individually and in their official capacities, <br><br> Defendants. | Case No. 2:14-cv-00275-JMS-MJD |

**E N T R Y**

**I.**

Plaintiff William VanHorn's request to proceed *in forma pauperis* [dkt 2] is **granted**. He shall have **through October 10, 2014**, in which to pay an initial partial filing fee of $6.92. If he is unable to pay this fee, he shall have **through October 10, 2014**, in which to show that the Court's calculation of the fee was incorrect or that he has good cause for his inability to pay the initial partial filing fee.

## II.

Plaintiff VanHorn's motion to certify class [dkt 3] is **denied** because pro se prisoners, like the plaintiff, are not allowed to act as class representatives. *See Huddleston v. Duckworth*, 97 F.R.D. 512, 514-15 (N.D. Ind.1983).

## III.

Only plaintiff VanHorn has signed the complaint. But because the plaintiffs are pro se, neither can appear as an attorney for the other. *See Johnson v. Bank One N.A.*, 90 F. App'x 956, 957 (7th Cir. 2004). This means that both plaintiffs must sign the complaint as required by Rule 11 of the Federal Rules of Civil Procedure. Accordingly, if purported plaintiff Darnell Chivers wishes to proceed with the claims raised in this action, he shall have **through October 10, 2014**, in which to so notify the Court and provide a signed copy of the complaint.

**IT IS SO ORDERED.**

Date: September 11, 2014

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

DARNELL CHIVERS
192195
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Hwy 40
Greencastle, IN 46135

WILLIAM VANHORN
883134
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Hwy 40
Greencastle, IN 46135